UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CASSANDRA A. H..,**

    **Plaintiff,**

  v.

    Case No. 2:24-cv-4169
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Peter B. Silvain, Jr.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for An Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 10.) The Parties stipulated to an award of attorney's fees in connection with the resolution of this case. (*Id.*)

The Court **GRANTS** the parties' Joint Motion. (ECF No. 10.) The Commissioner shall pay Plaintiff's attorney's fees in the amount of $1,600 and costs in the amount of $405 "in full satisfaction and settlement of any and all claims Plaintiff may have" under the EAJA in this case. (*Id.*) After the Court enters this award, counsel for the Parties shall verify that Plaintiff owes no pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

The case remains closed.

    **IT IS SO ORDERED.**

**5/12/2025**　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**